**AP-77,088**

Filed
7/5/2019 11:07 AM
Anne Lorentzen
District Clerk
Nueces County, Texas

## CAUSE NUMBER 19-FC-1013-C

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 94TH DISTRICT COURT |
| | § | |
| VS. | § | OF |
| | § | |
| GARY DAVID GREEN | § | NUECES COUNTY, TEXAS |

FILED
COURT OF CRIMINAL APPEALS
7/31/2019
DEANA WILLIAMSON, CLERK

### ORDER APPOINTING APPELLATE COUNSEL

On July 1st, 2019 this Court appoints the following attorney to represent Gary David Green following his conviction and sentence of Death.

Michael Patrick "Pat" Maguire
Attorney at Law
945 Barnett Street
Kerrville, TX 78028
(830) 895-2590
mpmlaw@ktc.com

Mr. Maguire is an attorney licensed in the State of Texas and qualified to handle this level of appeal per the 6th Region Administrative Judge's Office.

Maria Teresa Herr
Judge Presiding